### STANTON *against* HENRY.

IN ERROR, on *certiorari*, from a justice's court. *Henry* brought an action of *assumpsit*, on a book account, against *Stanton*, before a justice. The defendant set up, in bar of the action, an *award* of arbitrators on a submission between the parties. The bonds of submission contained a proviso, that the award should be in writing under the *hands and seals* of the arbitrators. The award produced was in writing, and signed by the arbitrators, but not under their *seals;* and, on that ground, it was rejected by the justice. The plaintiff's account consisted of sundry articles, and about twelve dollars of the amount appeared to have accrued since the submission. The award was not set forth; but the return stated that *Henry* had paid *Stanton* the amount of the award, which he accepted; so that it would appear that the award was against *Henry*. The jury found a verdict for the plaintiff, for 15 dollars and 90 cents, on which the justice gave judgment.

*Margin notes:*

NEW-YORK,
May, 1814.

STANTON
v.
HENRY.

Where there is a proviso in a bond of submission to arbitrators, that the award shall be in writing, under *their hands and seals,* an award in writing, but not *under seal,* is bad.

*Per Curiam.* In the case of *Sallours* v. *Girling,* in the exchequer chamber, (*Cro. Jac.* 278. *note,*)(a) it was ruled that where the bond of submission provided that the award should be under the hands and seals of the arbitrators, an award under their hands, but without seals, was not good. This is an authority in support of the decision of the justice. Independent of this, however, the judgment ought to be affirmed; for it appears that a very great proportion of the plaintiff's account arose after the submission, and so could not be affected by the award, admitting it to be valid.

Judgment affirmed.(b)

(a) 3 *Vin. Abr.* 116. S. C. *Yelv.* 203. *Kyd on Awards,* 262. (2d edit.)
(b) 3 *Salk.* 44. *Palmer,* 109. 112. *Pratt* v. *Hackett,* (6 *Johns. Rep.* 15.) *Green* v. *Miller,* (*ib.* 39.)